

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. PD-0253-16 & PD-0254-16

**WILLIE LEE AMIE, JR., Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE SECOND COURT OF APPEALS
### TARRANT COUNTY

**YEARY, J., filed a dissenting opinion.**

### DISSENTING OPINION

I dissent for the reasons articulated in my dissenting opinion in *Salinas v. State*, 523

S.W.3d 103, 114-17 (Tex. Crim. App. 2017).

FILED:      November 15, 2017
DO NOT PUBLISH